# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00200-CV

**Daniel Alan Sliger, Appellant**

**v.**

**Audra Renee Rodriguez, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-FM-13-003895, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Daniel Alan Sliger, pro se, has appealed a final divorce decree that ended his marriage to Audra Renee Rodriguez, awarded Rodriguez sole managing conservatorship of two children, and restricted Sliger's possession and access. In lieu of a conventional appellant's brief, Sliger has filed a two-page "Administrative notice to proceed without non-required Brief" that incorporates or refers us to his earlier-filed petition for writ of mandamus challenging the same decree, docketed as Cause No. 03-16-00329-CV. We have previously denied Sliger's mandamus petition,[1] and similarly conclude that these arguments fail to demonstrate any reversible error by the district court. Accordingly, we affirm the decree.[2]

---

[1] *See In re Sliger*, No. 03-16-00329-CV, 2016 Tex. App. LEXIS 7001, at *1 (Tex. App.—Austin July 1, 2016, orig. proceeding) (mem. op.).

[2] We dismiss as moot Rodriguez's motion to dismiss Sliger's appeal for noncompliance with the Texas Rules of Appellate Procedure.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Affirmed

Filed:   December 14, 2016